Nationwide Exhibit "B"
for Nationwide sum jgmt motion

Collection Activity
STANDARD ABBREVIATIONS

AI = ADDITIONAL INFORMTION
AT = ATTORNEY
BIF = BALANCE IN FULL
BK = BANKRUPTCY
BN = BANK
BP = BANKRUPTCY PENDING
BU = BUREAU
BZ = BUSY
CA = COLLECTOR ASSIGNMENT
CB = CALL BACK
CD = CITY DIRECTORY
CE = CARDMEMBER EMPLOYMENT
CH = CARDHOLDER
CK = CHECK
CL = CLERICAL LETTER SERIES
CM = CARDMEMBER
CR = CANCEL & RETURN
CS = CO-SIGNER
CV = CONVERTED
DA = DIRECTORY ASSISTANCE
DB = DEBTOR
DC = DISCONNECT
DD = DEBTOR DECEASED
DE = DEBTOR EMPLOYMENT
DLR = DAILER
DS = DISPUTE
DT = DATE
DU = DUPE
DV = DEPARTMENT OF MOTOR VEHICLE
EC = ENTER FOR COLLECTION
EQ = EQUIFAX FULL CREDIT BUREAU REPORT
FF = FREE FORM
FI = EQUIFAX FINDER CREDIT REPORT
FX = FAX
GMID = INDENTIFIED DEBTOR/GAVE MINI-MIRANDA
HD = HOLD DATE ENTERED
HDK = HELP DESK
HO = HOME
HU = HUNG UP
IF = IN FILE
IG = IS GOOD

1

Transcript of Telephone Contacts or Attempted Contacts – Charles Owens
Account ID 00257133413

9/13/00        Phoned home number, no answer.

9/21/00        Phoned home number, reached someone other than Charles Owens, left message.

9/25/00        Phoned home number, busy signal.

9/28/00        Phoned home number, no answer.

10/09/00       Phoned home number, busy signal.

10/20/00       Phoned home number, reached someone other than Charles Owens, left message.

10/23/00       Phoned home number, reached "ms." (female, possibly spouse), who verified that Charles Owens is not in, she stated that he came in and left right back out, would not take message.

10/30/00       Phoned home number, reached someone other than Charles Owens, left message.

11/08/00       Phoned home number, reached someone other than Charles Owens, left message.

S# = SUPPLEMENTAL CARD MEMBER (SUPP)
SD = SEND
SE = SPOUSE EMPLOYMENT
SF = SETTLED
SL = SEND LETTER
SP = SPOUSE
SR = SHORT RATE
SS = SECRETARY STATE/CORPORATION COMMISSION
ST = SKIPTRACING SOURCE
TA = COUNTY TAX ASSESSOR
TK = TELE-KEY
TO = TALK OFF
TT = TALKED TO
TU = TRANS UNION CREDIT BUREAU REPORT
TW = TRW CREDIT BUREAU REPORT
UD = UPDATE
VE = VERIFIED EMPLOYMENT
VM = VOICE MAIL
VR = VOTERS REGISTRATION
WN = WRONG NUMBER
XL = RETURNED MAIL X-LETTER
XP = EXTRA PHONE
XX = CRISS-CROSS DIRECTORY